UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

**\*\* CAPITAL CASE \*\***

CIVIL ACTION NO. 07-CV-32-KKC

THOMAS CLYDE BOWLING, ET AL.                                                        PLAINTIFFS

VS:                                                    **ORDER**

SCOTT HAAS, ET AL.                                                                        DEFENDANTS

Defendants Scott Haas, John D. Rees, and Thomas Simpson have filed a notice of appearance [Record No. 17] and a motion requesting an extension of time to file and answer or responsive pleading [Record No. 18]. Plaintiffs Thomas Clyde Bowling ("Bowling"), Ralph Baze ("Baze"), and Jeffrey Leonard, a/k/a James Earl Slaughter ("Leonard"), have filed a response in opposition to that motion [Record No. 19] and a motion to compel the defendants to file an answer within five business days [Record No. 20].

Plaintiffs' motion to compel the defendants to file an answer [Record No. 20] is not a type of motion authorized under the Federal Rules of Civil Procedure. In substance, the motion is simply a second response in opposition to the Defendants' motion for additional time to respond to the amended complaint. Accordingly, the Clerk of the Court will be directed to strike Plaintiffs' motion from the record.

In their motion for additional time to respond to the Complaint, Defendants indicate that counsel's heavy workload prevented the filing of a timely answer, and assert that the Court's determination regarding the viability of Plaintiff's claims as described in its Order to Show Cause [Record No. 9] may obviate the need for Defendants to file a response. However, the Court concurs

with the Plaintiffs' contention that the preparation of an answer or responsive pleading in this case should not be particularly burdensome, and that the requested sixty-day extension is excessive. In addition, the Court would benefit from having the Defendants file a reply to the Plaintiffs' response to the Court's Order to Show Cause.

Accordingly, **IT IS ORDERED** as follows:

1. The Clerk of the Court is directed to **STRIKE** Plaintiff's motion to compel the Defendants to file an answer [Record No. 20] from the record.

2. Defendants' motion for an extension of time to file a responsive pleading to the Plaintiffs' Amended Complaint [Record No. 18] is **GRANTED**. Defendants shall have to and until July 24, 2007 to file an answer or other responsive pleading to the Complaint.

3. Defendants are directed to file a memorandum in reply to the issues raised by the Court in its June 7, 2007 Order to Show Cause [Record No. 9] and addressed by the Plaintiffs in their July 9, 2007 Response [Record No. 16] on or before August 1, 2007. Plaintiffs are directed to neither file nor tender any further briefing on said issues except upon further Order from the Court.

Dated this 17th day of July, 2007.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**