UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at FRANKFORT

**\*\*  CAPITAL CASE  \*\***

CIVIL ACTION NO. 3:07-CV-32-KKC

THOMAS CLYDE BOWLING, ET AL.                                                              PLAINTIFFS

VS:                                            **JUDGMENT**

SCOTT HAAS, ET AL.                                                                           DEFENDANTS

\* \* \*   \* \* \*   \* \* \*

In accordance with the Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)    Plaintiff Jeoffrey Leonard has filed a civil action pursuant to the Controlled Substances Act, 21 U.S.C. § 801 *et seq*. and the Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 *et seq*. against Defendants Commissioner John D. Rees; Warden Thomas Simpson; Medical Director Scott Haas; and Unknown Executioners.

(2)    The Complaint is **DISMISSED WITH PREJUDICE.**

(3)    Judgment is entered in favor of the Defendants.

(4)    The Court certifies that any appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(5)    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(6)    This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

Dated this 20th day of March, 2008.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge