## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION AT FRANKFORT

**ELECTRONICALLY FILED**

_____
                                              )
THOMAS CLYDE BOWLING, *et al.*                )
                                              )
                           Plaintiffs)        CIVIL ACTION # 3:07-cv-32
                                              )
        v.                                    )
                                              )
SCOTT HAAS, *et al*                           )        **CAPITAL CASE**
                                              )
                                              )
                           Defendants)
_____)

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
### TO PLAINTIFFS' BRIEFS ON SUBJECT MATTER JURISDICTION,
### FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED,
### AND RES JUDICATA [DOCKET NOS. 16 AND 44].

Plaintiffs hereby file this notice of supplemental authority to their briefs on subject matter jurisdiction, failure to state a claim upon which relief can be granted, and res judicata, to inform this Court of the United States District Court for the Western District of Missouri's decision in *Ringo, et al. v. Lombardi, et al.*, No. 2:09-4095 (W.D. Mo., March 2, 2010) denying a motion to dismiss a lawsuit raising the same issues involving the application of the Food, Drug, and Cosmetic Act and the Controlled Substances Act to lethal injection that are currently before this Court. The decision rendered in *Ringo* on March 2, 2010 addressed issues of standing, failure to state a claim upon which relief can be granted, jurisdiction, and res judicata. This Court ordered briefing on subject matter jurisdiction and failure to state a claim. [Docket No. 9]. This Court later ordered briefing on res judicata. [Docket No. 42]. Plaintiffs filed briefs on these matters [Docket Nos. 16 and 44], and Defendants have filed response briefs. This Court has not yet

ruled on these threshold issues.  Because *Ringo* involves the exact same underlying legal raised

in Plaintiffs' complaint and because the March 2, 2010 decision in *Ringo* denied a motion to

dismiss the lawsuit while addressing res judicata, standing, jurisdiction, and the failure to raise a

claim upon which relief can be granted, Plaintiffs believe *Ringo* is relevant to the resolution of

the issues on which this Court *sua sponte* ordered briefing.  Thus, Plaintiffs request that this

Court consider the decision in *Ringo* when deciding these matters.  For this Court's convenience,

the March 2, 2010 decision in *Ringo* is attached.

RESPECTFULLY SUBMITTED,

*/s/ David M. Barron*
_____
 DAVID M. BARRON
Assistant Public Advocate
Capital Post Conviction Unit
Department of Public Advocacy
100 Fair Oaks Lane, Suite 301
Frankfort, Kentucky 40601
502-564-3948 (office)
502-564-3949 (fax)
davembarron@yahoo.com

Counsel for Plaintiffs

March 3, 2010

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Court by using the CM/ECF system on March 3, 2010.

*/s/ David M. Barron*

_____
COUNSEL FOR PLAINTIFFS

3