UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

| | |
|---|---|
| THOMAS CLYDE BOWLING, and RALPH BAZE, | |
| Plaintiffs, | Civil Action No. 3: 07-032-KKC |
| v. | |
| SCOTT HAAS, et al., | **JUDGMENT** |
| Defendants. | |

\*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Complaint filed under the Controlled Substances Act, 21 U.S.C. § 801-971, and the Food, Drug, and Cosmetic Act, 21 U.S.C. § 301-399a, by plaintiffs Thomas Clyde Bowling and Ralph Baze against Defendants Scott Haas; John D. Rees; Thomas Simpson; and Unknown Executioners [R. 5] is **DISMISSED WITH PREJUDICE** and Judgment is **ENTERED** in favor of the Defendants.

This the 23rd day of September, 2010.



**Signed By:**

*Karen K. Caldwell* KKC

**United States District Judge**